UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

Attorney: LEE LITIGATION GROUP

| | | |
|---|---|---|
| ALBERTO VAZQUEZ, ETAL | Plaintiff(s) | Index # 1:18-CV-11846 |
| - against - | | Purchased December 17, 2018 |
| FIG & OLIVE FOUNDERS LLC, ETAL | Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 11, 2019 at 10:30 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT on FIG & OLIVE FOUNDERS LLC therein named,

SECRETARY OF STATE  a Domestic LIMITED LIABILITY COMPANY by delivering two true copies to NANCY DOUGERTY, LEGAL CLERK personally, deponent knew said LIMITED LIABILITY COMPANY so served to be the LIMITED LIABILITY COMPANY described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 55 | 5'4 | 145 |

Sworn to me on: January 16, 2019

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

STEVEN C. AVERY

Invoice #: 710130

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045