# EXHIBIT B

**FOR SETTLEMENT PURPOSES ONLY**
(Fig & Olive)

**Calculaton for**   **Alberto Vasquez**

**Period 1**
**Assumptions:**  Period Worked          June 25, 2015 to December 31, 2015
                 Number of weeks worked  27 weeks
                 Hours worked/week       34.5 hours
                 Salary                  $5.00

**Minimum Wage**
      Unpaid MW =  ($8.75* - Paid Rate) x (Worked Hours) x (Number of weeks)
                =  (8.75 - 5) x 34.5 x 27
                =  $3,493.13
**Period 1 Total =**  $3,493.13


**Period 2**
**Assumptions:**  Period Worked          January 1, 2016 to December 31, 2016
                 Number of weeks worked  52 weeks
                 Hours worked/week       34.5 hours
                 Salary                  $7.50

**Minimum Wage**
      Unpaid MW =  ($9* - Paid Rate) x (Worked Hours) x (Number of weeks)
                =  (9 - 7.5) x 34.5 x 52
                =  $2,691.00
   *The basic minimum hourly rate in New York from January 1, 2016 to December 31, 2016 should be $9.
**Period 2 Total =**  $2,691.00


**Period 3**
**Assumptions:**  Period Worked          January 1, 2017 to December 31, 2017
                 Number of weeks worked  52 weeks
                 Hours worked/week       34.5 hours
                 Salary                  $7.50

**Minimum Wage**
      Unpaid MW =  ($11* - Paid Rate) x (Worked Hours) x (Number of weeks)
                =  (11 - 7.5) x 34.5 x 52
                =  $6,279.00
   *The basic minimum hourly rate in New York from January 1, 2017 to December 31, 2017 should be $11.
**Period 3 Total =**  $6,279.00


**Period 4**
**Assumptions:**  Period Worked          January 1, 2018 to December 31, 2018

|  |  |
|---|---|
| Number of weeks worked | 52 weeks |
| Hours worked/week | 34.5 hours |
| Salary | $8.75 |

**Minimum Wage**

Regular Rate of:   $8.75

    Unpaid MW =  ($13* - Paid Rate) x (Worked Hours) x (Number of weeks)
              = (13 - 8.75) x 34.5 x 52
              = $7,624.50

*The basic minimum hourly rate in New York from January 1, 2018 to the present should be $13.

**Period 4 Total =**  $7,624.50

**Period 5**

**Assumptions:**

| | |
|---|---|
| Period Worked | January 1, 2019 to April 30, 2019 |
| Number of weeks worked | 17 weeks |
| Hours worked/week | 34.5 hours |
| Salary | $10.00 |

**Minimum Wage**

If fixed salary, average rate of pay per week divided by total hours worked per week equals

Regular Rate of:   $10.00

    Unpaid MW =  ($13* - Paid Rate) x (Worked Hours) x (Number of weeks)
              = (13 - 10) x 34.5 x 17
              = $1,759.50

**Period 5 Total =**  $1,759.50

**Back wages (all periods) = $21,847.13**

| | |
|---|---|
| NY State Liquidated Damage  = | $21,847.13 |
| Statutory Penalty for Invalid Wage and Hour Notice = | $5,000.00 |
| Statutory Penalty for Invalid Wage Statement   = | $5,000.00 |

**Total =  $53,694.26**

Legal fees and expenses to be determined.