UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ALBERTO VAZQUEZ, *on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class*, et al.,

                Plaintiffs,

        -against-

FIG & OLIVE FOUNDERS LLC et al.,

                Defendants.
------------------------------------x

ORDER

18 Civ. 11846 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties in the above-mentioned FLSA consolidated action have reached a settlement and jointly move for an order approving the settlement. (ECF No. 51.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiffs in the amount of $84,000 is approved;

2. The payment of attorneys' fees and costs to Plaintiffs' attorneys in the amount of $46,000 is approved; and

3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York
       November 13, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge